UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Alfredo's Foreign Cars, Inc.,**

                     Plaintiffs,                     **7:22 cv 10478 KMK-VR**

      -against-

**Stellantis US LLC,**

                 Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **11/19/2024 at 11 am.** The parties are to dial in to the ATT conference line at **877-336-1839, enter access code 5999739** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                 November 7, 2024

                                                     _____
                                                     VICTORIA REZNIK
                                                     United States Magistrate Judge