UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Alfredo's Foreign Cars, Inc.,

                            Plaintiffs,

        -against-

Stellantis US LLC.,

                            Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025

**ORDER RE STATUS CONFERENCE**

**7:22 cv 10478 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A follow up Settlement Conference (via Teams) is hereby scheduled for **May 21, 2025 at 10:30 am.** The Teams invites will be sent to the parties via email before the conference. Litigants may attend but are not required.

    **SO ORDERED.**

DATED:    White Plains, New York
                May 6, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge